# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trust, Alan S. | 2. Court or Organization<br><br>Bankruptcy Court | 3. Date of Report<br><br>09/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>290 Federal Plaza, 9th floor<br>Central Islip, NY 11722 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Teaching - St Johns University School of Law | $10,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellecutual Property Law Ass'n | 3/23/17 - 3/24/17 | NY, NY | guest at dinner | reimbursement for actual out of pocket travel, provided lodging and meals |
| 2. | American Conf Institute | 4/4/17-4/5/17 | Uncasville CT | speaker at a seminar in Uncasville CT | reimbursement for actual out of pocket travel and meals, provided lidging |
| 3. | Texas Bankr. Law Section | 5/31/17- 6/2/17 | San Antonio, Tx | speaker at a seminar in San Antonio, Tx | reimbursement for actual out of pocket travel and meals, provided lodging |
| 4. | American Conf Institute | 9/25/17-9/26/17 | NY, NY | speaker at a seminar in NY, NY | reimbursement for actual out of pocket travel and meals, provided lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. RVS Life Fixed (annuity) | | None | K | T | | | | | See Part VIII |
| 3. DELETED | | | | | | | | | |
| 4. DELETED | | | | | | | | | see Part VIII |
| 5. Goldman VIT MidCap Va (annuity) | | None | J | T | | | | | see Part VIII; |
| 6. Fid VIP Midcap Cl2 (annuity) | | None | K | T | | | | | see Part VIII; |
| 7. FT VIP Small Cap Valu (annuity) | | None | J | T | | | | | see Part VIII |
| 8. DELETED | | | | | | | | | See Part VIII |
| 9. THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | | | | | see Part VIII |
| 10. DELETED | | | | | | | | | |
| 11. DELETED | | | | | | | | | |
| 12. Oppenheimer Strat Bond (Strar Inc.) (annuity) | | None | J | T | | | | | see Part VIII |
| 13. DELETED | | | | | | | | | |
| 14. Alliance Bernstein Disc Valaue (A IRA) | B | Int./Div. | K | T | Sold (part) | 03/24/17 | J | | see Part VIII |
| 15. Mass Mutual Annuity -- MML Equity | | None | J | T | | | | | see Part VIII |
| 16. MML Opp Global Strategic Income | | None | J | T | Sold (part) | 02/01/17 | J | | see Part VIII |
| 17. | | | | | Buy (add'l) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Annuity -- Opp Global fka Global Strategic | A | Int./Div. | J | T | Sold (part) | 02/01/17 | J | | |
| 19. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 20. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | K | T | Sold (part) | 05/30/17 | J | | see Part VIII |
| 21. Mass Mutual Annuity -- Opp Main Street | | None | K | T | Buy (add'l) | 02/01/17 | J | | see Part VIII |
| 22. | | | | | Sold (part) | 05/30/17 | J | | |
| 23. Mass Mutial Oppen Discovery Midcap | | None | J | T | Buy (add'l) | 02/01/17 | J | | see Part VIII |
| 24. Oppenheimer Cap App (both) | B | Int./Div. | K | T | Sold (part) | 1/26/17 | J | B | |
| 25. | | | | | Sold (part) | 2/01/17 | J | | see Part VIII loss |
| 26. | | | | | Buy (add'l) | 5/30/17 | J | | |
| 27. | | | | | Merged (with line 222) | | | | transfer to ML line 222 |
| 28. Oppenheimer Global Fund (both) OPPAX | A | Int./Div. | K | T | Sold (part) | 01/26/17 | J | | see Part VIII |
| 29. | | | | | Sold (part) | 2/01/17 | J | | see Part VIII |
| 30. | | | | | Sold (part) | 02/09/17 | J | | see Part VIII |
| 31. Oppenheimer Global Opportunities (both) (IRA and non) OPGIX | D | Int./Div. | M | T | Sold (part) | 01/26/17 | J | | see Part VIII |
| 32. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 33. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 34. | | | | | Buy (add'l) | 03/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/06/17 | J | A | |
| 36. | | | | | Merged (with line 178) | 07/18/17 | L | | moved bal. from Opp to ML |
| 37. Oppenheimer Global Value (both)(ret and non) | A | Int./Div. | J | T | Sold (part) | 01/03/17 | J | A | |
| 38. Oppenheimer Main Street Fund (both) MSIGX | C | Int./Div. | K | T | Buy (add'l) | 02/01/17 | J | | |
| 39. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 41. | | | | | Merged (with line 180) | 08/08/17 | L | | moved part from Opp to ML |
| 42. Oppenheimer Main Street MidCap fka Small Mid Cap Select (A) OPMSX | B | Int./Div. | K | T | Merged (with line 182) | 08/08/17 | L | | moved part from Opp to ML |
| 43. Oppenheimer Global Strategic Income (L) (fka Champion Income) | A | Int./Div. | J | T | | | | | |
| 44. Oppenheimer Global Allocation (Quest) (L) | A | Int./Div. | J | T | | | | | |
| 45. DELETED | | | | | | | | | |
| 46. Oppenheimer Int'l Small Mid (both) ( ret and non) | B | Int./Div. | K | T | Sold (part) | 01/03/17 | J | B | |
| 47. | | | | | Sold (part) | 05/30/17 | J | | see Part VIII |
| 48. Belt West Funding Corp raw land in Dallas County | | None | J | U | | | | | |
| 49. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 50. State of Israel savings bond | A | Int./Div. | J | T | Buy (add'l) | 02/01/17 | J | | |
| 51. Energy East | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch / AIG fka US Life stock / cash IRA | A | Int./Div. | J | T | | | | | |
| 53. Amprise TWEAX Amer Century Eq Income (both) | A | Int./Div. | K | T | Buy (add'l) | 9/25/17 | K | | |
| 54. | | | | | Sold (part) | 03/24/17 | J | | see Part VIII |
| 55. Amprise ODMAX Oppenheimer Developing Mkts (A IRA) | A | Int./Div. | J | T | | | | | |
| 56. Oppenheimer Discovery | C | Int./Div. | L | T | | | | | |
| 57. Ameriprise MALOX Blackrock Golbal Allocation (A SPS IRA) (annuity) | A | Int./Div. | K | T | Sold (part) | 09/25/17 | K | | see Part VIII |
| 58. Ameriprise VOYA GNAM Inc. (A SPS IRA) | A | Int./Div. | | | Sold | 03/24/17 | J | | see Part VIII |
| 59. DELETED | | | | | | | | | |
| 60. DELETED | | | | | | | | | |
| 61. Am Century / VP Value (w/in annuity) | | None | K | T | | | | | see Part VIII |
| 62. CNL Lifestyles CNLIDI nka EPR Prop (w/in L IRA) | A | Int./Div. | J | T | Sold (part) | 04/28/17 | J | | see Part VIII |
| 63. | | | | | Sold (part) | 05/11/17 | J | | see Part VIII |
| 64. | | | | | | | | | |
| 65. Corp Prop Assoc CPA17 (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 66. Am Insured Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 67. MITIX (w/in L IRA) Mass MFS Investors | A | Int./Div. | K | T | Sold (part) | 03/24/17 | J | | See Part VIII |
| 68. ATHAX (w/in L IRA) Amer Century Heritage | | None | J | T | Sold (part) | 03/24/17 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MGIAX (w/in L IRA) MFS Int'l Value | A | Int./Div. | J | T | Buy (add'l) | 03/24/17 | J | | |
| 70. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 71. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | | | | | |
| 72. MDLOX (w/in L IRA) Blackrock Global Alloc. | A | Int./Div. | J | T | Sold (part) | 09/25/17 | K | | |
| 73. Oppenheimer Equity Income IRA (both) | B | Int./Div. | K | T | Sold (part) | 01/26/17 | J | | see Part VIII |
| 74. | | | | | Sold (part) | 02/09/17 | J | | see Part VIII |
| 75. | | | | | Sold (part) | 03/03/17 | J | | see Part VIII |
| 76. | | | | | Sold (part) | 03/10/17 | J | | see Part VIII |
| 77. | | | | | Sold (part) | 05/30/17 | J | | see Part VIII |
| 78. Oppenheimer Main St Small Cap | B | Int./Div. | K | T | Buy (add'l) | 03/13/17 | J | | |
| 79. | | | | | Sold (part) | 03/10/17 | J | | see Part VIII |
| 80. | | | | | Sold (part) | 04/25/17 | J | | see Part VIII |
| 81. | | | | | Sold (part) | 06/13/17 | J | | see Part VIII |
| 82. Scholars Edge Age Based Portfolio 10 (18+) | | None | J | T | Sold (part) | 01/12/17 | J | A | |
| 83. | | | | | Sold (part) | 03/31/17 | J | A | |
| 84. | | | | | Sold (part) | 04/25/17 | J | A | |
| 85. | | | | | Sold (part) | 07/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/24/17 | J | A | |
| 87. | | | | | Sold (part) | 08/25/17 | J | A | |
| 88. Scholars Edge Large Cap nka Dreyfus R Growth | | None | J | T | | | | | |
| 89. Scolars Edge Sm & Mid Cap nka MidCap Portfolio | | None | J | T | | | | | |
| 90. DELETED | | | | | | | | | |
| 91. Scholars Edge Int'l Growth | | None | J | T | | | | | |
| 92. Scholars Edge Large Cap Value nka Value | | None | J | T | | | | | |
| 93. Scholars Edge Portfolio 100 fka Aggresive | | None | K | T | Buy (add'l) | 07/25/17 | J | | |
| 94. Scholars Edge Portfolio 80 fka Moderately Aggressive | | None | K | T | Buy (add'l) | 07/25/17 | J | | |
| 95. Scholars Edge Portfolio 60 fka Moderate | | None | K | T | Buy (add'l) | 07/25/17 | J | | |
| 96. Pimco VIT All Asset (annuity) | | None | K | T | | | | | |
| 97. Oppenheimer Deveoping Mkts Fund (A) | A | Int./Div. | J | T | Sold (part) | 05/30/17 | J | | see Part VIII |
| 98. Oppenheimer Rochester Ltd Term NY Munis | A | Int./Div. | | | Sold | 02/13/17 | J | | |
| 99. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | J | T | | | | | |
| 100. Oppenheimer Rochester AMT Free NY Munis | A | Int./Div. | | | Buy (add'l) | 02/15/17 | J | | |
| 101. | | | | | Sold (part) | 04/25/17 | J | A | |
| 102. | | | | | Sold | 12/15/17 | J | | see Part VIII loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Oppenheimer Rochester AMT Free | A | Int./Div. | | | Sold (part) | 03/06/17 | J | | see Part VIII loss |
| 104. | | | | | Sold | 12/15/17 | J | | see Part VIII loss |
| 105.  US treasuries | A | Interest | K | T | | | | | |
| 106.  AmerGen (L IRA) | A | Int./Div. | J | T | | | | | |
| 107.  Oppenheimer Small & Mid Cap Value now MidCap Value | A | Int./Div. | J | T | Sold (part) | 01/26/17 | J | | see Part VIII |
| 108. | | | | | Sold (part) | 01/30/17 | J | | see Part VIII |
| 109. | | | | | Sold (part) | 03/10/17 | J | | see Part VIII |
| 110.  DELETED | | | | | | | | | |
| 111.  Oppenheimer Discovery Mid Cap Growth | C | Int./Div. | L | T | Sold (part) | 02/15/17 | J | | see Part VIII |
| 112. | | | | | Sold (part) | 05/30/17 | J | | see Part VIII |
| 113.  Oppenheimer Int'l Growth (L) | A | Int./Div. | K | T | Buy (add'l) | 03/03/17 | J | | |
| 114. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 115.  Blackrock Global Dividend (AmPrise) (A IRA) | A | Int./Div. | K | T | | | | | |
| 116.  CNL Growth Props (AmPrise) (A IRA) | C | Int./Div. | | | Sold | 10/31/17 | J | A | see Part VIII |
| 117.  Corporate Capital (AmPrise) (A IRA) | A | Int./Div. | J | T | Sold (part) | 11/1/17 | J | | see Part VIII |
| 118.  Fidelity Advisor Growth Opp (AmPrise) | | None | K | T | Sold (part) | 03/24/17 | J | A | see Part VIII |
| 119.  Fidelity Advisos Cons. Disc. (AmPrise A IRA) | A | Int./Div. | K | T | Buy (add'l) | 03/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/25/17 | K | C | estimate - not reportable |
| 121.  DELETED | | | | | | | | | |
| 122.  MFS Int'l Value (AmPrise) MGIAX (A SPS IRA) | A | Int./Div. | K | T | | | | | |
| 123.  Steelpath Opp MLP Inc (AmPrise) | B | Int./Div. | K | T | | | | | see Part VIII loss |
| 124.  DELETED | | | | | | | | | |
| 125.  DELETED | | | | | | | | | |
| 126.  DELETED | | | | | | | | | |
| 127.  DELETED | | | | | | | | | |
| 128.  DELETED | | | | | | | | | |
| 129.  Blackrock Multi Asset (L IRA) | A | Int./Div. | J | T | | | | | |
| 130.  Deutsche Gloab Infrastructure (L IRA) | A | Int./Div. | J | T | Buy (add'l) | 09/25/17 | J | | |
| 131.  Oppen Rochester Fund Muni | A | Int./Div. | | | Sold | 03/06/17 | J | | loss see Part VIII |
| 132.  Oppen Steel Path Select 40 | B | Int./Div. | K | T | Buy (add'l) | 01/03/17 | J | | |
| 133. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 134. | | | | | Sold (part) | 07/31/17 | J | | loss see Part VIII |
| 135. | | | | | Sold (part) | 08/02/17 | J | | loss see Part VIII |
| 136. | | | | | Sold (part) | 12/28/17 | J | | loss see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DELETED | | | | | | | | | |
| 138. DELETED | | | | | | | | | |
| 139. Oppen Portfolio Series Eq Inv. | A | Int./Div. | J | T | | | | | |
| 140. DELETED | | | | | | | | | |
| 141. Opp Rochester Short Term Muni | A | Int./Div. | | | Sold | 02/09/17 | J | | loss see Part VIII |
| 142. Opp Roch High Yield Munis | A | Int./Div. | | | Sold | 12/15/17 | J | | loss see Part VIII |
| 143. Opp Equity Fund | A | Int./Div. | | | Sold (part) | 02/01/17 | J | | see Part VIII |
| 144. | | | | | Sold | 03/16/17 | J | | see Part VIII |
| 145. Blackrock Glbl Allocation MALOX AmPrise (A IRA) | A | Int./Div. | K | T | Merged (with line 57) | | | | |
| 146. COL VP Bal Fund AmPrise (annuity) | A | Int./Div. | L | T | | | | | |
| 147. COL VP Growth AmPrise (annuity) | A | Int./Div. | K | T | | | | | |
| 148. Lord Abbott Sec Growth Leaders AmPrise | A | Int./Div. | J | T | | | | | |
| 149. DELETED | | | | | | | | | |
| 150. NEW Oppenheimer Rising Dividend (both) | A | Int./Div. | J | T | Sold (part) | 05/30/17 | J | | see Part VIII |
| 151. NEW Oppenheimer Small Cap Value (L) | A | Int./Div. | | | Sold | 05/30/17 | J | | see Part VIII |
| 152. NEW Oppenheimer Real Estate Fund (A) | A | Int./Div. | J | T | Sold (part) | 03/13/17 | J | | see Part VIII |
| 153. | | | | | Sold | 7/25/17 | J | | see Part VIII |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. AmPrise ALNAX AC Alt Inc. (A IRA) | A | Int./Div. | K | T | Sold (part) | 9/25/17 | J | A | see Part VIII |
| 155. PPIAX Deutsche Short Duration (A SPS IRA) | A | Int./Div. | J | T | Buy | 3/24/17 | J | | |
| 156. GSGIX Goldman Sachs Global Inc. (A SPS IRA) | A | Int./Div. | J | T | | | | | |
| 157. MFBFX MFS Corp Bond (A SPS IRA) | A | Int./Div. | J | T | Sold (part) | 03/24/17 | J | A | see Part VIII |
| 158. | | | | | Sold (part) | 03/24/17 | J | | see Part VIII |
| 159. HFXAX Catlyst Hedged Futures | A | Int./Div. | J | T | Sold (part) | 09/25/17 | J | | see Part VIII |
| 160. NEW WFGBX Wells Growth Balanced (A SPS IRA) | A | Int./Div. | J | T | | | | | |
| 161. NEW SSTHX Wells Short Term High Yield (A SPS IRA) | A | Int./Div. | J | T | | | | | |
| 162. NEW Aprise IShares (A IRA) | B | Int./Div. | K | T | Buy | 09/25/17 | K | | |
| 163. | | | | | | | | | |
| 164. NEW BHYAX Blackrock High Yield Bond | A | Int./Div. | J | T | | | | | |
| 165. JP Morgan Growth Adv (L IRA) | A | Int./Div. | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. NEW Hartford Mid Cap (APrise. (A)) | A | Int./Div. | J | T | Buy | 04/11/17 | J | | |
| 168. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 169. NEW ACITX AM CENT INFL ADJ (AIRA SPS) | A | Int./Div. | J | T | Buy | 03/24/17 | J | | |
| 170. NEW Opp Macqurie Gloab Infr (both) | A | Int./Div. | K | T | Buy | 01/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 172. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 173. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 174. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 175. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 176. NEW Opp Int'l Growth (A) | A | Int./Div. | J | T | Buy | 02/19/17 | J | | |
| 177. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 178. NEW ML OPGIX Opp Global (A from Opp) | | None | L | T | | 07/18/17 | L | | from line 31; see VIII |
| 179. | | | | | Sold (part) | 10/11/17 | J | | see part VIII |
| 180. NEW ML MSIGX Main St (A from Opp) | A | Int./Div. | L | T | | 08/08/17 | L | | from line 38; see VIII |
| 181. | | | | | Sold (part) | 10/11/17 | J | | see Part VIII |
| 182. NEW ML OPMSX Main Street MidCap (A from Opp) | A | Int./Div. | K | T | | 08/08/17 | L | | from line 42, see VIII |
| 183. | | | | | Sold (part) | 10/11/17 | J | | see Part VIII |
| 184. NEW ML IShares S&P Small Cap IJR | B | Int./Div. | J | T | Buy | 08/02/17 | | | |
| 185. NEW ML Artisan Glbl ARTRX | A | Int./Div. | J | T | Buy | 08/15/17 | | | |
| 186. NEWML Carillon Scou Small UMBHX | B | Int./Div. | J | T | Buy | 08/14/17 | | | |
| 187. NEW ML Commerce MidCap CFAGX | B | Int./Div. | J | T | Buy | 08/15/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NEW ML Janus Henderson JACTX | A | Int./Div. | J | T | Buy | 08/28/17 | | | |
| 189. NEW ML Nicholas Fund II NNTWX | A | Int./Div. | J | T | Buy | 08/21/17 | | | |
| 190. NEW ML T Rowe Global PRGSX | A | Int./Div. | J | T | Buy | 08/28/17 | | | |
| 191. NEW AMD | | None | J | T | Buy | 09/25/17 | J | | |
| 192. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 193. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 194. NEW BMRN | | None | J | T | Buy | 10/19/17 | J | | |
| 195. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 196. NEW CVS | A | Int./Div. | J | T | Buy | 07/26/17 | J | | |
| 197. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 198. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 199. NEW CY | A | Int./Div. | J | T | Buy | 12/20/17 | J | | |
| 200. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 201. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 202. NEW DTEGY | A | Int./Div. | J | T | Buy | 10/26/17 | J | | |
| 203. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 204. NEW DIS | A | Int./Div. | J | T | Buy | 08/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 205. NEW EXEL | | None | J | T | Buy | 10/16/17 | J | | |
| 206. NEW GE | A | Int./Div. | J | T | Buy | 08/31/17 | J | | |
| 207. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 208. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 209. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 210. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 211. NEW GIS | A | Int./Div. | J | T | Buy | 09/20/17 | J | | |
| 212. NEW HD | A | Int./Div. | J | T | Buy | 08/31/17 | J | | |
| 213. NEW JNPR | A | Int./Div. | J | T | Buy | 08/17/17 | J | | |
| 214. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 215. NEW MDLZ | A | Int./Div. | J | T | Buy | 07/24/17 | J | | |
| 216. NEW NTGR | | None | J | T | Buy | 07/31/17 | J | | |
| 217. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 218. NEW ORCL | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 219. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 220. NEW RIO | A | Int./Div. | J | T | Buy | 09/25/17 | J | | |
| 221. NEW TI | | None | J | T | Buy | 10/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. NEW L ML Opp Cap App OPTFX | A | Int./Div. | | | | 06/19/17 | J | | from line 24; see VIII |
| 223. | | | | | Sold | 07/31/17 | K | | See Part VIII |
| 224. NEW L ML Amer Cent. TWMIX | A | Int./Div. | J | T | Buy | 07/27/17 | J | | |
| 225. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 226. NEW L ML ISAHRES IJH | A | Int./Div. | J | T | Buy | 08/15/17 | J | | |
| 227. NEW Wells Fargo checking acct | A | Interest | J | T | | | | | |
| 228. NEW NY 529 (L/G) Conservative Age Based Portfolio | | None | | | Buy | 12/01/17 | J | | |
| 229. | | | | | Sold | 12/05/17 | J | | see Part VIII |
| 230. NEW NY 529 L/G Moderate Age Based Fund | | None | | | Buy | 12/01/17 | J | | |
| 231. | | | | | Sold | 12/5/17 | J | | |
| 232. NEW NY 529 L/G Aggressive Ager Based Portfolio | | None | | | Buy | 12/01/17 | J | | |
| 233. | | | | | Sold | 12/05/17 | J | | |
| 234. NEW NY 529 L/G Growth Port. | | None | J | T | Buy | 12/05/17 | J | | |
| 235. NEW NY 529 L/G Small Cap Port. | | None | J | T | Buy | 12/05/17 | J | | |
| 236. NEW NY 529 L/G Aggressive Growth Port. | | None | J | T | Buy | 12/05/17 | J | | |
| 237. NEW NY 529 L/G Mid Cap Port. | | None | J | T | Buy | 12/05/17 | J | | |
| 238. NEW NY L/G Bond Mkt Index Port. | | None | J | T | Buy | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. NEW Vanguard (L) Fin ETF | A | Int./Div. | J | T | Buy | 05/02/17 | J | | |
| 240. NEW Vanguard (I) Mid Cap ETF | A | Int./Div. | J | T | Buy | 05/02/17 | J | | |
| 241. NEW Vanugard (L) Extended Mut ETF | A | Int./Div. | J | T | Buy | 05/02/17 | J | | |
| 242. NEW Vanguard (L) cash mgt | A | Int./Div. | J | T | Buy | 05/02/17 | J | | |
| 243. NEW Vanguard (L) S&P 500 Index | A | Int./Div. | J | T | Buy | 05/22/17 | J | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

as of 9.9.18

Lines 2, 4-12, 15, 16, 20,21, 23, and 82-95 -- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or otherwise, was paid or attributed to any of these investments during the reporting period.

Losses were suffered for sales in lines 103 - 105, 131, 134-136, and 142-143 -- therefore no Gain code in D(4).

Sales in lines 14 -16, 20-21, 23, 27-31, 46, 54, 57, 58, 62, 63, 67, 68, 73-77, 107-109, 111, 112, 116-118, 143, 144, 150-159, 179, 181, 183 and 223 were exchanges within an IRA or annuity for which no gain or loss was reported and I was unable to ascertain a gain or loss with certainty.

Lines 228, 230 and 232 were exchanged into lines 234-238 wthin a few days of the accounts being opened. and no gains or losses were reported.

The assets in line 178, 180 and 182 are shown as spin offs from lines 31, 38 and 42 respectively, and these same assets in lines 36, 41 and 42 show the transaction as merged with lines 178, 180 and 182 respectively, but this does not appear on printed form for acquisitions on lines 178, 180 and 182. Also the asset on line 222 is a spin off from line 24 asset at line 27; however this does not show on the printed form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544